UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JULIA SOLOMON,<br><br>                Defendant. | No. 20 Civ. 10468 (GWG)<br><br>**JUDGMENT** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

Plaintiff the United States of America (the "United States") shall have a final judgment pursuant to Federal Rule of Civil Procedure 54 against Defendant Julia Solomon ("Solomon") in the amount of $110,000.00, plus interest accruing under 31 U.S.C. § 3717(a)(1) from December 10, 2018, until the date of entry of this judgment, and interest accruing under 28 U.S.C. § 1961 after the date of entry of this judgment, plus penalties under 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 until the date of entry of this judgment, less any payments made and credited against the foregoing as of the date of entry of this judgment; and the United States shall have execution therefor.

SO ORDERED:

*Gabriel W. Gorenstein*
_____
HON. GABRIEL W. GORENSTEIN
United States Magistrate Judge

Dated: December 16, 2021